United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| SELENE GONZALEZ, *et al.*,<br>"Plaintiffs," | §<br>§<br>§ | |
| v. | § | Civil Action No. 1:25-cv-00217 |
| WILLACY COUNTY NAVIGATION DISTRICT, *et al.*,<br>"Defendants." | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court is Defendant Willacy County Navigation District's "Motion to Dismiss for Failure to State a Claim upon which Relief can be Granted" (Dkt. No. 17) ("MTD") and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 19) ("R&R"). The R&R recommends that the Court (1) grant the MTD (Dkt. No. 17) and (2) dismiss with prejudice all claims against Defendant Willacy County Navigation District. Dkt. No. 19 at 1.

Objections to the R&R were due October 2, 2026. No objections were filed. If there have been no objections to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 19) is **ADOPTED**. The Court hereby **GRANTS** the MTD (Dkt. No. 17) and **DISMISSES with prejudice** all claims asserted against Defendant Willacy County Navigation District.

SIGNED this October 5, 2026

Rolando Olvera
United States District Judge